UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-24492-RNS

UNITED STATES OF AMERICA,

           Plaintiff,

v.

DORON a/k/a DON KRAMER,
HAROLD KRAMER, and JOHN DOE
and JANE DOE, as potential heirs and/or
personal representatives and/or distributees,
of the ESTATE OF RICHARD KRAMER,

           Defendants.  /

**JOINT MOTION TO ENLARGE THE TIME IN WHICH
THE DEFENDANT HAROLD KRAMER MUST ANSWER OR OTHERWISE RESPOND
TO THE PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1, the plaintiff, United States of America, and the defendant, Harold Kramer ("Harold"), jointly move the Court to enlarge the time in which Harold must answer or otherwise respond to the plaintiff's complaint for an additional thirty-two (32) days, up to and including Tuesday, April 30, 2019. On March 26, 2019, Harold advised the United States that he needed additional time to prepare a complete and proper response to the United States' complaint. In response to Harold's request and for the reasons described, below, the United States will not oppose an extension of time, up to and including April 30, 2019, for Harold to answer or otherwise plead to the plaintiff's complaint.

17467698.1

The parties state the following in support of their joint motion:

**1.** On October 26, 2018, the United States filed a complaint against, *inter alia,* Doron a/k/a Don Kramer ("Don") and Harold, seeking to recover the unpaid civil penalties that were assessed against the decedent, Richard Kramer, for his willful failure to report his interest in certain foreign financial accounts timely, as required by 31 U.S.C. § 5314 and its implementing regulations (often referred to as "FBAR penalties"), plus interest, failure to pay penalties and other additional amounts, such as administrative costs, as provided by law, from the date of assessment until paid.  See Doc. 1.

**2.** On November 23, 2018, the United States requested that Harold waive service of a summons in this action along with a copy of the complaint.  See Doc. 5.  Harold returned an executed waiver on December 26, 2018.  See Doc. 6.

**3.** Having executed a waiver, Harold was required to answer or otherwise respond to the plaintiff's complaint by Tuesday, January 22, 2019.  See Doc. 6.

**4.** At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  Accordingly, on January 8, 2019, the United States moved the Court to stay this case, including the January 22, 2019 deadline by which Harold must respond to the plaintiff's complaint, until such time as Congress restored appropriations for the funding of the Department of Justice.  See Doc. 7.

**5.** On January 9, 2019, the Court granted the United States' motion to stay and ordered, in pertinent part, that "[o]nce the stay is lifted, the Court will set forth any relevant deadlines by way of separate order."  See Doc. 8.

    **6.**    On January 31, 2019, the United States moved the Court to lift the stay of this case and requested, *inter alia*, that the Court set March 29, 2019, as the deadline by which Harold must answer or otherwise plead to the United States' complaint.  See Doc. 9.

    **7.**    On February 5, 2019, the Court granted the United States' motion to lift the stay in this case and ordered, in pertinent part, that "Defendant Harold Kramer shall file a response to the Complaint on or before March 29, 2019."  See Doc. 12.

    **8.**    On March 26, 2019, Harold advised the United States that he needs additional time to prepare a complete and proper response to the plaintiff's complaint.  Based on the parties' discussions, they agreed to request the Court to enlarge the time in which Harold must answer or otherwise respond to the United States' complaint for an additional thirty-two (32) days, up to and including Tuesday, April 30, 2019.

    **9.**    The parties do not believe that this extension request should unduly delay these proceedings because the United States is filing an application for entry of default against the defendant, Doron a/k/a Don Kramer, contemporaneously with the filing of this motion, and it anticipates that it will request the Court to enter a default judgment against Don in the near future. Don was personally served with the summons and complaint on February 9, 2019.  See Doc. 13. As a result, he was required to answer or otherwise plead to the United States' complaint by Monday, March 4, 2019, but he did not do so.

    **10.**    In the interest of judicial economy, the United States and Harold would prefer, if possible, for the Court to resolve the matter regarding entry of a default judgment against Don before the parties meet and confer regarding discovery and scheduling issues, as set forth in Fed. R. Civ. P. 26(f) and Local Rule 16.1(b).  See Doc. 3, at ¶ 2.

For the above reasons, the plaintiff, United States of America, and the defendant, Harold Kramer, respectfully request that the Court order that Harold Kramer must answer or otherwise respond to the plaintiff's complaint by April 30, 2019. A proposed order is attached hereto and will be e-mailed to the Judge's Chamber.

Respectfully submitted this 29th day of March, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Lynne M. Murphy                                   /s/ Harold Kramer     *(by consent)*
LYNNE M. MURPHY                                       HAROLD KRAMER
Trial Attorney, Tax Division                          P.O. Box 3849
U.S. Department of Justice                            Placida, Florida  33946
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5881
Facsimile:   (202) 514-9868
E-mail:       lynne.m.murphy@usdoj.gov

OF COUNSEL:

ARIANA FAJARDO ORSHAN
United States Attorney

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing Joint Motion To Enlarge the Time In Which the Defendant Harold Kramer Must Answer or Otherwise Respond to the Plaintiff's Complaint, including Proposed Order, has this 29th day of March, 2019, been made by depositing a copy thereof in the United States mail, first class postage prepaid, to the following person at the following address:

> Harold Kramer
> P.O. Box 3849
> Placida, Florida  33946

> /s/ Lynne M. Murphy
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 14198
> Ben Franklin Station
> Washington, D.C.  20044

17467698.1