# US DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA
## Mandatory Judicial NOTICE of an Errant COMPLAINT

FILED BY PG D.C.
APR 2 6 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Cause # 1:18-cv-24492-RNS |
| DORON a/k/a DON KRAMER | |
| HAROLD KRAMER, | |
| and JOHN DOE | |

**Notice to Principal is Notice to Agents, Notice to Agent is Notice to Principal**
**Items of Evidence for Affidavit in support of**
**NOTICE AND DEMAND to define Court's lawful Jurisdiction     to Vacate**
**the Errant Assumptive Complaint, and for**
**Injunctive Relief from any Fraud upon the court.**

To establish a condition precedent factually and legally correct record

Principal 1. Any judgment rendered by a court which lacks jurisdiction, the territory, the subject matter or the parties (personam), or lacks inherent power to enter the particular judgment, or entered an Order which violated due process or was procured through extrinsic or collateral fraud, is null and void, and can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court.1

---

1 See **U.S. Const.Amdt. V; F.R.Civ.P. 60(b)(4) & (b)(5)**; <u>State cases</u>: *Lindgren v. Lindgren*, 58 Wash.App. 588, 596, 794 P2d 526 (1990), rev.den., 116 Wash.2d 1009, 805 P.2d 813 (1991); *Brenner v. Port of Bellingham*, 53 Wash.App. 182, 188, 765 P.2d 1333 (1989) **(motions to vacate under CR 60(b)(5) are not barred by the 'reasonable time' or the 1-year requirement of CR 60(b)")**; *Mid-City Materials, Inc. v. Heater Beaters Custom Fireplaces*, 36 Wash.App. 480, 486, 674 P.2d 1271 (1984); *Matter of Marriage of Leslie*, 112 Wash.2d 612, 618-19, 772 P.2d 1013 (1989)**(doctrine of laches does not bar attack of void judgment)**(citing *John Hancock Mut. Life. Ins. Co. v. Gooley*, 196 Wash. 357, 370, 83 P.2d 221 (1938)(additional cite omitted); *In re Marriage of Oritz*, 108 Wash.2d 643, 649, 740 P.2d 843 (1987); *Dike v. Dike*, 75 Wash.2d 1, 7, 448 P.2d 490 (1968); *Bresolin v. Morris*, 86 Wash.2d 24, 245, 543 P.2d 325 (1975); *Cockerham v. Zikratch*, 619 P.2d 739 (Ariz.1980); *State ex rel Turner v. Briggs*, 971 P.2d 581 (Wash.App.1999); *Ward v. Terriere*, 386 P.2d 352 (Colo. 1963); *Matter of Marriage of Hampshire*, 869 P.2d 58 (Kan.1997); *Matter of Marriage of Welliver*, 869 P.2d 653 (Kan.1994); *In re Estate of Wells*, 983 P.2d 279 (Kan.App.1999); *B & C Investments, Inc. v. F & M Nat'l. Bank & Trust*, 903 P.2d 339 (Okla.App.Div.3 1995); *Graff v. Kelly*, 814 P.2d 489 (Okl.1991); *Capital Federal Savings Bank v. Bewly*, 795 P.2d 1051 (Okl.1990); *Wahl v. Round Valley Bank*, 38 Ariz. 411, 300 P. 955 (1931); *Davidson Chevrolet, Inc. v. City and County of Denver*, 330 P2d 1116, cert.den., 79 S.Ct. 609, 359 US 926, 3 L.Ed.2d 629 (Colo.1958); *Tube City Mining & Milling Co. v. Otterson*, 16 Ariz. 305, 146 P. 203 (1914); *Lange v. Johnson*, 204 NW.2d 205 (Minn.1973); *People v. Wade*, 506 NW.2d 954 (Ill.1987); *State v. Blankenship*, 675 NE.2d 1303 (Oh.App.Dist.9 1996); *Hays v. Louisiana Dock Co.*, 452 NE.2d 1383 (Ill.App.Dist.4 1983); *People v. Rolland*, 581 NE.2d 907 (Ill.App.Dist.4 1991); *Eckles v. McNeal*, 628 NE.2d 741 (Ill.App.1993); *People v. Sales*, 551 NE.2d 1359 (Ill.App.Dist.2 1990); *In re Adoption of E.L.*, 733 NE.2d 846 (Ill.App.Dist.1 2000); *Irving v. Rodriguez*, 179 NE.2d 145 (Ill.App.Dist.2 1960); *People ex rel Brzica v. Village of lake Barrington*, 644 NE.2d 66 (Ill.App.Dist.2 1994); *Steinfeld v. Haddock*, 513 U.S. 809 (Ill.1994); *Dusenberry v. Dusenberry*, 625 NE.2d 458 (Ind.App.Dist.1 1993); *Rook v. Rook*, 353 SE.2d 756 (Va.1987); *Mills v. Richardson*, 81 SE.2d 409 (N.C.1950); *Henderson v. Henderson*, 59 SE.2d 227 (N.C.1950); *State v. Richie*, 20 SW.3d 624 (Tenn.2000); *Crockett Oil Co. v. Effie*, 374 SW.2d 154 (Mo.App.1964); *State ex rel Dawson v. Bomar*, 354 SW.2d 763, cert.den., ___ U.S. ___ (Tenn.1962); *Underwood. v. Brown*, 244 SW.2d 168 (Tenn.1951); *Richardson v. Mitchell*, 237 SW2d 577 (Tenn.App.1950); *City of Lufkin v. McVicker*,

As such, in condition-precedent for the record, it appears that the initiating Complaint, as assumptively constructed by a "trial attorney" barrater, LYNNE M MURPHY is facially and substantively errant.

Until Public Disclosure Information is delivered forthwith to either support or controvert said Complaint, the following evidences of facts seem to be apparent in the matter in U.S. DISTRICT COURT for SOUTHERN DISTRICT OF FLORIDA under Court Identifier # 1:18-cv-24492-RNS:

1. Based on my research and belief, Mr. Robert N. Scola, Jr., dba U.S. District Judge without discoverable evidence to date of any membership card # issued by any BAR2 Association, Status: Judicial; and, has no apparent, available for public view on site, correct duly signed, sworn and accepted Oath of Office Contract for the highly esteemed position of Judge for the U.S. District Court for Southern District of Florida , as required under *28 U.S.C. §4533
2. Mr. Robert N. Scola, a PERSON has no apparent BOND, available for public inspection, as required for liability.
3. This PERSON, has no STATE OF FLORIDA, or UNITED STATES / UNITED STATES OF AMERICA government issued License to practice law in the State of Florida or in the U.S.
4. The PERSON, LYNNE M MURPHY, dba. a Trial Attorney, Tax Division, U.S. Dept. of Justice under La. Bar No. 20465, D.C. Bar No. 20465 which have been unable to verify to date, has no government License to practice law in the State of Florida or in the U.S. and no apparent BOND, available for public inspection, as required for liability.
5. Until proven otherwise by substantive evidence in a judicially written finding of facts and conclusion of law: **a.** this tribunal apparently lacks ___territorial, ___subject-matter, and / or ___personam jurisdiction in this matter; and / or, **b.** this PERSON could be recused for a conflict of interest which involves_____.

---

510 SW.2d 141 (Tex.Civ.App.1973); **Federal cases**: *Klugh v. U.S.*, 620 F.Supp. 892 (D.S.C. 1985); *Rubin v. Johns*, 109 F.R.D. 174 (D.Virg.Is.1985); *Triad Energy Corp. v. McNell*, 110 F.R.D. 382 (S.D.N.Y. 1986); *Millikan v. Meyer*, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed.2d 278 (1940); *Long v. Shorebank Development Corp.*, 182 F.3d 548 (CA7 1999).
2 B.A.R. British Accredited Registry.
3 *28 U.S.C. §453 states: *Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of this office: "I, _ _ _ _ _ _, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as_ _ _ under the Constitution and laws of the United States. So help me God.'*

6. Other Facts: It appears that this entire issue of claims in 2005, 2006 and 2007, violates the statute of limitations until substantiated otherwise in writing.
7. Personal sworn suppressed history Facts re: this Sigmund Kramer family and business events:
    (1) It is a fact that my father, Sigmund Kramer, was a holocaust survivor.
    (2) It is a fact that my father's mother (my grandma) had saved the lives of herself and children in the unexpected Nazi occupation of Roumania.
    (3) It is a fact that my father had a high ranking position in the Israeli army and was a martial arts master instructor of a special division during the war where he met my mother (Guela Silberman) and later married her.
    (4) It is a fact that my father became a successful businessman in the scrap-metal industry, and had some papers that showed he was some sort of dual citizen – (Swiss- American?)
    (5) It is a fact that my father was domineering, short-tempered, and very abusive at home.
    (6) It is a fact that my oldest brother Ronald was abused beyond belief; and, because of this he later committed suicide at age 33.
    (7) It is a fact that I at 8 years old sustained permanent damage including a broken right collar bone and repressed memories from one of his beatings.
    (8) It is a fact that we 4 brothers did what we were told or we were severely punished.
    (9) It is a fact that my father opened accounts overseas alone without our awareness or physical presence.
    (10) It is a fact that any and all funds did not originate from the US and there was no "dragging or dropping."
    (11) it is a fact that my father, Sigmund, through coercion used our names without our knowledge and/or against our will and consent in violation of the 9th commandment of God and contract law as a form of false representation to manifest his will
    (12) It is a fact that Richard did not have a valid contract of full disclosure with IRS private debt collector signed in fresh ink between 2 parties
    (13) It is a fact that Richard did not willfully or intentionally commit fraud in any way shape of form.
    (14) It is a fact that I never knew of, or signed any family documents, e.g., a Sibling Trust, related to any UBS account.
    (15) It is a fact that my brother Harold and I have been 'estranged' and not communicative for decades.

8. [RESERVED]

Principal 2. Such a judgment is void from its inception, incapable of confirmation or ratification, and can never have any legal effect.4

Principal 3 A void judgment may be cured by Mandamus.5 *Res judicata* does not apply to such a judgment.6

Principal 4. A void judgment must be dismissed, regardless of timeliness if jurisdiction is deficient.7

Principal 5. When a rule providing relief from void judgments is applicable, relief is mandatory and is not discretionary. 8

Respectfully submitted,                                              April 15, 2019

DORON KRAMER, Target, alleged Defendant

By_____ (NOT AN ACCOMMODATION UCC 3-419)
Doron, aka Don Kramer, Declarant,

Witness _Paula James_

---

4 See *Stidham v. Whelchel*, 698 NE.2d 1152 (Ind.1998); *Thompson v. Thompson*, 238 SW.2d 218 (Tex.Civ.App. 1951); *Lucas v. Estate of Stavos*, 609 NE.2d 1114, rehng.den., trans.den, (Ind.App.Dist.1 1993); *Loyd v. Director, Dept. of Public Safety*, 480 So.2d 577 (Ala.Civ.App.1985); *In re Marriage of Parks*, 630 NE.2d 509 (Ill.App.Dist.4 1991); *Lubben v. Selective Service System Local Bd. No.27*, 453 F.2d 645, 14 A.L.R.Fed. 298 (CA1 1972); *Hobbs v. U.S. Office of Personnel Mgmt.*, 485 F.Supp. 456 (M.D.Fla.1980); *Holstein v. City of Chicago*, 803 F.Supp. 205, recon.den., 149 F.R.D. 147, aff'd, 29 F.3d 1145 (N.D.Ill.1992); *City of Los Angeles v. Morgan*, 234 P.2d 319 (Cal.App.Dist.2 1951).
5 See *Sanchex v. Hester*, 911 SW.2d 173 (Tex.App.1995).
6 See *Allcock v. Allcock*, 437 NE.2d 392 (Ill.App.Dist.3 1982).
7 See *Mitchell v. Kitsap County*, 59 Wash.App. 177, 180-81, 797 P.2d 516 (1990)(collateral challenge to jurisdiction of pro tem judge granting summary judgment properly raised on appeal)(citing *Allied Fidelity Ins. Co. v. Ruth*, 57 Wash.App. 783, 790, 790 P.2d 206 (1990)); *Jaffe and Asher v. Van Brunt*, 158 F.R.D. 278 (S.D.N.Y.1994).
8 See *In re Marriage of Markowski*, 50 Wash.App. 633, 635, 749 P.2d 745 (1988); *Brickum Inv. Co. v. Vernham Corp.*, 46 Wash.App. 517, 520, 731 P.2d 533 (1987); *Orner v. Shalala*, 30 F.3d 1307 (Colo.1994).

United States District Court
for the
Southern District of Florida

United States of America, Plaintiff,　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)   Civil Action No. 18-24492-Civ-Scola
　　　　　　　　　　　　　　　　　　)
Doron a/k/a Don Kramer, and　　　　　)
others, Defendants.　　　　　　　　　　)

### Order On Default Judgment Procedure

On April 1, 2019, the Clerk of the Court entered a Default against Defendant Doron a/k/a Don Kramer. In order to resolve this case justly and efficiently, the Court orders the Plaintiff to file one of the following two responses by April 17, 2019.

　1. Where there are multiple Defendants, but no possibility of inconsistent liability between Defendants (which, for example, could arise from allegations of joint and several liability where fewer than all of the defendants are in default), Plaintiff shall file a *Motion for Default Judgment*, consistent with Federal Rule of Civil Procedure 55(b). The Plaintiff must state in the *Motion for Default Judgment* that there are no allegations of joint and several liability, and set forth the basis why there is no possibility of inconsistent liability.

　　The *Motion for Default Judgment* must include affidavits of any sum certain due from the Defendants, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *Motion* must also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; and (2) a proposed order granting the *Motion for Default Judgment*, and entering final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders shall be submitted to the Court by e-mail in Word (.doc) format at scola@flsd.uscourts.gov. Plaintiff must send a copy of the *Motion* to Defendants' counsel or to the Defendants directly if they do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where the notice was sent.

　　If the Defendants fail to move to set aside the Clerk's Default, or fail to otherwise respond to this lawsuit, on or before **April 15, 2019**, Default Final Judgment may be entered. This means that the Plaintiff may be able to take the property or money of the Defendants, and/or obtain other relief against the Defendants.

2. Where there are multiple Defendants and allegations of joint and several liability, and a possibility of inconsistent liability between Defendants, Plaintiff shall file a *Notice of Joint Liability*. See *Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The *Notice of Joint Liability* must briefly describe the allegations and advise the Court of the status of the other Defendants' liability. Once liability is resolved as to all Defendants, Plaintiff may move for the entry of default judgment against the defaulting Defendants, as described in paragraph one, above, no later than **fourteen days** after the resolution of liability as to the non-defaulting Defendants.

Plaintiff's failure to file for a *Motion for Default Judgment* or *Notice of Joint Liability* within the specified time will result in a **dismissal without prejudice** as to these Defendants.

The Court directs the Clerk to **mail copies of this order** to any Defendant who has not appeared at the address(es) listed below.

**Done and ordered** in chambers, at Miami, Florida, on April 3, 2019.

Robert N. Scola, Jr.
United States District Judge

Copies to:
Doron
7093 Autumn Dr.
West Bloomfield, MI 48323

*This is my **31 CFR §0.207 official inquiry** to collect information of the lawful obligations\* I truly have to the IRS; and, My timely bona fide Offer to Pay under **APA/FDCPA** upon receipt from IRS, of proof of verified IRS assessment & claim*

| Exhibit | Page | Of |
|---------|------|-----|
|         |      |     |

**Discovery**

In correction for the record, unless refuted in writing by substantive evidence, this 15 USC § 1692 and its Regulation: 14 CFR 374, apply to Case #_____, and shall govern the legality of any action taken thereon:

## TITLE 15 > CHAPTER 41 > SUBCHAPTER V > §1692
## § 1692. Congressional findings and declaration of purpose

**(a) Abusive practices**
There is abundant evidence of the use of **abusive, deceptive,** and **unfair** debt collection practices by many **debt collectors. Abusive debt collection practices** contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to **invasions of individual privacy.**
**(b) Inadequacy of laws**
Existing laws and procedures for redressing these **injuries** are inadequate to protect consumers.
**(c) Available non-abusive collection methods** - Means other than **misrepresentation** or other **abusive debt collection practices** are available for the **effective collection of debts.**
**(d) Interstate commerce**
**Abusive debt collection practices** are carried on to a substantial extent in **interstate commerce** and through means and **instrumentalities** of such commerce. Even where abusive debt collection practices are purely **intrastate** in character, they nevertheless directly affect **interstate commerce.**
**(e) Purposes** – It is the purpose... to eliminate **abusive debt collection practices** by debt collectors, ... to **protect consumers** against debt collection abuses.    **[emphasis** added]

### CFR part for which 15 USC §1692 provides authority: 14 CFR 374 Consumer Protection

**Q1:** Does **IRS** have the burden of proof under **\*5 USC 556(d)** to provide substantive documentation to show **IF the IRS is defined as a Debt Collector** that is **subject to the FDCPA\*** or not? **YES** No because_____.
**Q2:** What evidence can IRS provide that IRS is/is not operating as a Debt Collecting Agency? _____.
**Q3:** Is the IRS defined as a Debt Collector/Collecting Agency subject to the FDCPA? **YES** No because_____.
**Q4:** Can IRS/Secretary (with **BATF Collection Authority** only defined at **§63011**) refute IRC evidences, e.g. **§83,** of misrepresentation, abusive, deceptive, and/or unfair debt **collection** practices by IRS agents? Yes since_____**NO.**

**Q5:** What evidence shows that the IRS is working within the law to protect its '**customers**' / taxpayers against FDCPA 1692 e & f misrepresentations, deceptions, unfair, and/or other debt collection abuses? _____.
If this Exhibit of Law is not responded to timely with valid documentation, such non-verification is hereby accepted by IRS agents' *tacit procuration* that the IRS is an instrumentality that is allowing deceptive debt collection abuses affecting interstate commerce.
§1692 Q___ is: __frivolous, __groundless, __ moral, __religious, __political, __constitutional or __conscientious **because:**

---

I verify that [__my, or __ this Agency's] Answers herein to these questions of **15 USC §1692** are correct and accurate,
Dated_____ 201_ Agency_____ X_____ EIN#_____ Position_____
*Completed by an agent or not, this document is valid & legal with judicial value until explicitly prohibited by law in writing.*
I have not seen any admissible evidence to controvert the Default Answers above, and believe that none exists.
    Submitted with respect for the letter and intent of the written law this *15* day of *APRIL*, A.D. 201*9*
*MAXIM of Law: It is fraud to participate in fraud.*    YOUR CORPORATE NAME *DORON KRAMER*
                            Non/Accommodation UCC 3-419
**IRS VAL-1 File #** [*130.54.50B*]   L.S._____

---

1§7806 Construction of title. (b) No inference, implication, or presumption...relating to contents of this title be given any legal effect.

1 of 4          15 USC §1692 *Fair Debt Collection Practices Act.

*This is my **31 CFR §0.207 official inquiry** to collect information of the lawful obligations\* I truly have to the IRS; and, My timely bona fide Offer to Pay under **APA/FDCPA** upon receipt from IRS, of proof of verified IRS assessment & claim*

/s/  Your-Christian: Name          **American national**

# Memorandum of Law regarding Fair Debt Collection Practices Act, 15 USC §1692

### §1692a Definitions ...
(3) The term "consumer" means any natural person obligated or **allegedly obligated to pay any debt.** ...
(8) The term "**State**" means any State, territory, or possession of the U.S...or any political subdivision...

### §1692b Acquisition of location information.
Any debt collector communicating with...the consumer shall—
  (1) **Identify himself**, ... and, if expressly requested, identify his employer;
  (2) **not state that such consumer owes any debt** ...
  (5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt;...

### § 1692c ... (c) Ceasing communication
If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—...

### § 1692d. Harassment or abuse
A debt collector may not engage in any conduct the natural consequence of which is to **harass, oppress, or abuse any person** in connection with the collection of a debt.

### § 1692e. False or misleading representations
A debt collector **may not use any false, deceptive, or misleading representation** or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
**(1) The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States** or any State, **including the use of any badge, uniform, or facsimile thereof.**
  (A) the character, amount, or legal status of any debt; or
  (B) any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.
(3) The false representation or implication that any individual is an attorney or that any communication is from an attorney.
(4) The representation or implication that **nonpayment of any debt will result in the arrest** or imprisonment **of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.**
(5) The threat to **take any action that cannot legally be taken** or that is not intended to be taken.
(6) The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to—
  (A) lose any claim or defense to payment of the debt; or

**Be Advised: You are hereby Served Legal Notice of the following code and facts:**

1. **U.S. Code** › Title 28 › Part IV › Chapter 85 › § 1345

## 28 U.S. Code § 1345 - United States as plaintiff

Except as otherwise provided by Act of Congress, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the **United States**, or by any agency or officer thereof expressly authorized to sue by Act of Congress. (June 25, 1948, ch. 646, 62 Stat. 933.)

**Be Advised: You are hereby Served Legal Notice of the following code and facts:**

**MEMO OF LAW: 28 U.S.C. §1345 "United States as plaintiff"** says: "Except as otherwise provided by **Act of Congress**, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the **United States**, or by any agency or officer thereof expressly authorized to sue by Act of Congress."

This proceeding is commenced by the **United States of America** which is a different name than the United States. Therefore, defendant rightfully asks the Honorable Judge to order plaintiff to set forth the **Act of Congress** which gives authority to the United States of America to commence the suit in this particular civil action. _____

Or, otherwise, to set forth the Act of Congress which created the United States of America to be a valid agency or officer of the United States. _____

Further, defendant requests the Honorable Judge to order plaintiff to set forth the specific Act of Congress which gives the United States of America jurisdiction to sue under 28 USC §1345. 28 USC §1345 only allows the United States, or any agency or officer that is expressly authorized by an Act of Congress to sue.

Therefore, unless the United States of America is an agency or officer of the United States then there must be a specific Act of Congress authorizing it to sue. Defendant requests the Honorable Judge to order plaintiff to produce the Act of Congress that plaintiff relies on to give it authority to sue.

Defendant, from information and belief, avers that there is not an Act of Congress that gives plaintiff, **United States of America**, authority to sue within any of the exterior boundaries of the 50 united States. However, if there is one, defendant requests the Honorable Judge to order said plaintiff to set forth which Act of Congress plaintiff claims gives said authority.

Comment; Very good. However, I would say that even if the "United States of America" was an agency, it would still have to be empowered to sue by a specific Act of Congress.

Q. It is my understanding that the United States of America is the Constitutional entity and the US and United States is the corporation. In the Constitution it says a citizen of the United States of America which means a citizen of the 13 states under the constitution. Which is just the reverse of what you are saying.

Answer - The Constitution only confers powers on the United States; none on the United States of America. Therefore the powers derived from the Constitution are not corporate powers, although the United States also must have corporate powers to buy pencils. The United States of America has no powers derived from the Constitution, therefore all of its powers are derived from corporate powers that it must have obtained through incorporation. This is an extremely important point since the US Attorneys are prosecuting under the United States of America. Somehow, they are providing a cover of sorts for their illegal prosecutions. Always challenge jurisdiction for anything done by the United States of America!

Until Public Disclosure Information is delivered forthwith to either support or controvert said Complaint, the following evidences of facts seem to be apparent in the matter in U.S. DISTRICT COURT for SOUTHERN DISTRICT OF FLORIDA under Court Identifier # 1:18-cv-24492-RNS:

1. Mr. Robert N. Scola, Jr., dba U.S. District Judge without discoverable evidence to date of any membership card # issued by any BAR2 Association, Status: Judicial; and, has no apparent, available for public view on site, correct duly signed, sworn and accepted Oath of Office Contract for the highly esteemed position of Judge for the U.S. District Court for Southern District of Florida , as required under *28 U.S.C. §4533
2. Mr. Robert N. Scola, a PERSON has no apparent BOND, available for public inspection, as required for liability.
3. This PERSON, has no STATE OF FLORIDA, or UNITED STATES / UNITED STATES OF AMERICA government issued License to practice law in the State of Florida or in the U.S.
4. The PERSON, LYNNE M MURPHY, dba. a Trial Attorney, Tax Division, U.S. Dept. of Justice under La. Bar No. 20465, D.C. Bar No. 20465, has no government License to practice law in the State of Florida or in the U.S. and no apparent BOND, available for public inspection, as required for liability.
5. Until proven otherwise by substantive evidence in a judicially written finding of facts and conclusion of law: **a.** this tribunal apparently lacks ___territorial, ___subject-matter, and / or ___personam jurisdiction in this matter; and/or, **b.** this PERSON could be recused for a conflict of interest which involves_____.
6. Other Facts:


7. [RESERVED]

Principal 2. Such a judgment is void from its inception, incapable of confirmation or ratification, and can never have any legal effect.4

---

2 B.A.R. British Accredited Registry.

3 *28 U.S.C. §453 states: *Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of this office: "I,_ _ _ _ _ _, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as_ _ _ under the Constitution and laws of the United States. So help me God.'*

4 See *Stidham v. Whelchel*, 698 NE.2d 1152 (Ind.1998); *Thompson v. Thompson*, 238 SW.2d 218 (Tex.Civ.App. 1951); *Lucas v. Estate of Stavos*, 609 NE.2d 1114, rehng.den., trans.den, (Ind.App.Dist.1 1993); *Loyd v. Director, Dept. of Public Safety*, 480 So.2d 577 (Ala.Civ.App.1985); *In re Marriage of Parks*, 630 NE.2d 509 (Ill.App.Dist.4 1991); *Lubben v.*

Don Kramer
7093 Autumn Hill Dr
West Bloomfield, MI 48323-3647

7015 3010 0001 6040 5867

CERTIFIED MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
office of the clerk - room 8N09
400 NORTH MIAMI AVE
MIAMI, FL 33128-7716



$1.05
US POSTAGE
FIRST-CLASS
071V01330108
48323
0005190031