FILED BY ___PG___ D.C.

APR 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# US DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA
## Mandatory Judicial NOTICE: VOID COMPLAINT

**UNITED STATES OF AMERICA**
**v.**   |   **Cause # 1:18-cv-24492-RNS**
**DORON a/k/a DON KRAMER**
**HAROLD KRAMER, and JOHN DOE**

Notice to Principal is Notice to Agents, Notice to Agent is Notice to Principal
### Items of Evidence for Affidavit in support of
### NOTICE AND DEMAND to Vacate Void Complaint,
### and for Injunctive Relief from Criminal Fraud.

Principal 1. Any judgment rendered by a court which lacks jurisdiction, the territory, the subject matter or the parties (personam), or lacks inherent power to enter the particular judgment, or entered an Order which violated due process or was procured through extrinsic or collateral fraud, is null and void, and can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court.1

As such, in condition-precedent for the record, it appears that the initiating Complaint, as assumptively constructed by a "trial attorney" barrater, LYNNE M MURPHY is facially and substantively errant.

---

1 See **U.S. Const.Amdt. V; F.R.Civ.P. 60(b)(4) & (b)(5)**; **State cases**: *Lindgren v. Lindgren*, 58 Wash.App. 588, 596, 794 P2d 526 (1990), rev.den., 116 Wash.2d 1009, 805 P.2d 813 (1991); *Brenner v. Port of Bellingham*, 53 Wash.App. 182, 188, 765 P.2d 1333 (1989) **(motions to vacate under CR 60(b)(5) are not barred by the 'reasonable time' or the 1-year requirement of CR 60(b)")**; *Mid-City Materials, Inc. v. Heater Beaters Custom Fireplaces*, 36 Wash.App. 480, 486, 674 P.2d 1271 (1984); *Matter of Marriage of Leslie*, 112 Wash.2d 612, 618-19, 772 P.2d 1013 (1989)**(doctrine of laches does not bar attack of void judgment)**(citing *John Hancock Mut. Life. Ins. Co. v. Gooley*, 196 Wash. 357, 370, 83 P.2d 221 (1938)(additional cite omitted); *In re Marriage of Oritz*, 108 Wash.2d 643, 649, 740 P.2d 843 (1987); *Dike v. Dike*, 75 Wash.2d 1, 7, 448 P.2d 490 (1968); *Bresolin v. Morris*, 86 Wash.2d 24, 245, 543 P.2d 325 (1975); *Cockerham v. Zikratch*, 619 P.2d 739 (Ariz.1980); *State ex rel Turner v. Briggs*, 971 P.2d 581 (Wash.App.1999); *Ward v. Terriere*, 386 P.2d 352 (Colo. 1963); *Matter of Marriage of Hampshire*, 869 P.2d 58 (Kan.1997); *Matter of Marriage of Welliver*, 869 P.2d 653 (Kan.1994); *In re Estate of Wells*, 983 P.2d 279 (Kan.App.1999); *B & C Investments, Inc. v. F & M Nat'l. Bank & Trust*, 903 P.2d 339 (Okla.App.Div.3 1995); *Graff v. Kelly*, 814 P.2d 489 (Okl.1991); *Capital Federal Savings Bank v. Bewly*, 795 P.2d 1051 (Okl.1990); *Wahl v. Round Valley Bank*, 38 Ariz. 411, 300 P. 955 (1931); *Davidson Chevrolet, Inc. v. City and County of Denver*, 330 P2d 1116, cert.den., 79 S.Ct. 609, 359 US 926, 3 L.Ed.2d 629 (Colo.1958); *Tube City Mining & Milling Co. v. Otterson*, 16 Ariz. 305, 146 P. 203 (1914); *Lange v. Johnson*, 204 NW.2d 205 (Minn.1973); *People v. Wade*, 506 NW.2d 954 (Ill.1987); *State v. Blankenship*, 675 NE.2d 1303 (Oh.App.Dist.9 1996); *Hays v. Louisiana Dock Co.*, 452 NE.2d 1383 (Ill.App.Dist.4 1983); *People v. Rolland*, 581 NE.2d 907 (Ill.App.Dist.4 1991); *Eckles v. McNeal*, 628 NE.2d 741 (Ill.App.1993); *People v. Sales*, 551 NE.2d 1359 (Ill.App.Dist.2 1990); *In re Adoption of E.L.*, 733 NE.2d 846 (Ill.App.Dist.1 2000); *Irving v. Rodriguez*, 179 NE.2d 145 (Ill.App.Dist.2 1960); *People ex rel Brzica v. Village of lake Barrington*, 644 NE.2d 66 (Ill.App.Dist.2 1994); *Steinfeld v. Haddock*, 513 U.S. 809 (Ill.1994); *Dusenberry v. Dusenberry*, 625 NE.2d 458 (Ind.App.Dist.1 1993); *Rook v. Rook*, 353 SE.2d 756 (Va.1987); *Mills v. Richardson*, 81 SE.2d 409 (N.C.1950); *Henderson v. Henderson*, 59 SE.2d 227 (N.C.1950); *State v. Richie*, 20 SW.3d 624 (Tenn.2000); *Crockett Oil Co. v. Effie*, 374 SW.2d 154 (Mo.App.1964); *State ex rel Dawson v. Bomar*, 354 SW.2d 763, cert.den., ___ U.S. ___ (Tenn.1962); *Underwood. v. Brown*, 244 SW.2d 168 (Tenn.1951); *Richardson v. Mitchell*, 237 SW2d 577 (Tenn.App.1950); *City of Lufkin v. McVicker*, 510 SW.2d 141 (Tex.Civ.App.1973); **Federal cases**: *Klugh v. U.S.*, 620 F.Supp. 892 (D.S.C. 1985); *Rubin v. Johns*, 109 F.R.D. 174 (D.Virg.Is.1985); *Triad Energy Corp. v. McNell*, 110 F.R.D. 382 (S.D.N.Y. 1986); *Millikan v. Meyer*, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed.2d 278 (1940); *Long v. Shorebank Development Corp.*, 182 F.3d 548 (CA7 1999).

*This is my **31 CFR §0.207 <u>official inquiry</u>** to collect information of the lawful obligations\* I truly have to the IRS; and, My timely bona fide Offer to Pay under **APA/FDCPA** upon receipt from IRS, <u>of proof of verified IRS assessment & claim</u>*

    (B) become subject to any practice prohibited by this subchapter.

(7) The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer.

(8) Communicating or threatening to communicate to any person credit information which is known or which should be **known to be false,** including the **failure to communicate that a disputed debt is disputed.**

(9) The use or distribution of any written communication which simulates or **is falsely represented to be a document authorized, issued, or <u>approved by any court</u>, official, or agency of the United States or any State,** or which creates a **false impression as to its source, authorization,** or approval.

(10) The use of **any false representation or deceptive means to collect** or attempt to collect any debt or to obtain information concerning a consumer.

(11) The **failure to disclose** in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, **that the debt collector is attempting to collect a debt** and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

(12) The false representation or implication that accounts have been turned over to innocent purchasers for value.

(13) The **false representation or implication that documents are legal process. [Summons]**

(14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization....

## § 1692f. Unfair practices

A debt collector may not use **unfair or unconscionable means** to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) **unless such amount is expressly authorized** by the agreement creating the debt **or permitted by law. ...**

(6) Taking or threatening to take any <u>**non-judicial action to effect dispossession**</u> or disablement of property if—

    (A) there is **no present right to possession of the property claimed** as collateral through an **enforceable security interest**;

    (B) there is no present intention to take possession of the property; or

    (C) the **property is exempt by law** from such dispossession or disablement.

Principal 3 A void judgment may be cured by Mandamus.5 *Res judicata* does not apply to such a judgment.6

Principal 4. A void judgment must be dismissed, regardless of timeliness if jurisdiction is deficient.7

Principal 5. When a rule providing relief from void judgments is applicable, relief is mandatory and is not discretionary. 8

Respectfully submitted,
DORON KRAMER, Target, alleged Defendant

By _____
Doron, aka Don Kramer, Declarant,

April  15 , 2019

Witness _Paula James_

---

*Selective Service System Local Bd. No.27*, 453 F.2d 645, 14 A.L.R.Fed. 298 (CA1 1972); *Hobbs v. U.S. Office of Personnel Mgmt.*, 485 F.Supp. 456 (M.D.Fla.1980); *Holstein v. City of Chicago*, 803 F.Supp. 205, recon.den., 149 F.R.D. 147, aff'd, 29 F.3d 1145 (N.D.Ill.1992); *City of Los Angeles v. Morgan*, 234 P.2d 319 (Cal.App.Dist.2 1951).
5 See *Sanchex v. Hester*, 911 SW.2d 173 (Tex.App.1995).
6 See *Allcock v. Allcock*, 437 NE.2d 392 (Ill.App.Dist.3 1982).
7 See *Mitchell v. Kitsap County*, 59 Wash.App. 177, 180-81, 797 P.2d 516 (1990)(collateral challenge to jurisdiction of pro tem judge granting summary judgment properly raised on appeal)(citing *Allied Fidelity Ins. Co. v. Ruth*, 57 Wash.App. 783, 790, 790 P.2d 206 (1990)); *Jaffe and Asher v. Van Brunt*, 158 F.R.D. 278 (S.D.N.Y.1994).
8 See *In re Marriage of Markowski*, 50 Wash.App. 633, 635, 749 P.2d 745 (1988); *Brickum Inv. Co. v. Vernham Corp.*, 46 Wash.App. 517, 520, 731 P.2d 533 (1987); *Orner v. Shalala*, 30 F.3d 1307 (Colo.1994).

### EXH. 706 **MANDATORY JUDICIAL NOTICE** – Memo of Law: Case # 18-24492

In condition-precedent correction for the record, You are hereby Served Legal Notice that this MEMO of LAW re: 5 USC §§704 & 706 provides governing subject-matter jurisdiction, to wit:

**U.S. Code** › Title 5 › Part I › Chapter 7 › § 704, based on §702 Right of Review *(infra)*

## 5 U.S. Code § 704 - Actions reviewable

**Agency action** made **reviewable by statute** and final agency action for which there is no other adequate remedy in a court are subject to **judicial review**. A preliminary, procedural, or intermediate agency action or ruling not directly reviewable is subject to review on the review of the final agency action. Except as otherwise expressly required by statute, agency action otherwise final is final for the purposes of this section whether or not there has been presented or determined an application for a declaratory order, for any form of reconsideration, or, unless the agency otherwise requires by rule and provides that the action meanwhile is inoperative, for an appeal to superior agency authority.   (Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 392.)

**U.S. Code** › Title 5 › Part I › Chapter 7 › § 706

## 5 U.S. Code § 706 - Scope of review

To the extent necessary to decision and when presented, the **reviewing court shall decide all** relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or **applicability** of the terms of an agency action. The reviewing court shall—

**(1)** compel agency action unlawfully withheld or unreasonably delayed; and

**(2) hold unlawful** and **set aside agency action**, findings, and conclusions found to be—
   **(A)** **arbitrary, capricious, an abuse of discretion**, or otherwise **not in accordance with law;**
   **(B)** **contrary to constitutional right, power**, privilege, or immunity;
   **(C)** **in excess of statutory jurisdiction, authority, or limitations**, or short of statutory right;
   **(D) without observance of procedure** required by law;
   **(E) unsupported by substantial evidence** in a case subject to §§ 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or
   **(F) unwarranted by the facts** to the extent that the facts are subject to trial de novo by the reviewing court.

In making the foregoing determinations, the **court shall review the whole record** or those parts of it cited by a party, and due account shall be taken of the rule of prejudicial error.   (Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 393.)

*Valid until refuted, or expressly prohibited by superior law.*   All my rights reserved, by adhesion or otherwise.

Submitted with respect for the law this ___ day of April, A.D. 2019

*MAXIM: Where the law ends, tyranny begins.*                DORON KRAMER

                                                             L.S. _____
IRS VAL-1 File # [ 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 ]                              /s/ Doron: Kramer

1. **U.S. Code › Title 5 › Part I › Chapter 7 › § 702**

## 5 U.S. Code § 702 - Right of review

prev | next

A person suffering legal wrong because of <u>agency action</u>1, or adversely affected or aggrieved by <u>agency action</u> within the meaning of a relevant statute, is entitled to judicial review thereof.  An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.  The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States:  Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance.  Nothing herein (1) affects other limitations on judicial review or the power or duty of the court to dismiss any action or deny relief on any other appropriate legal or equitable ground; or (2) confers authority to grant relief if any other statute that grants consent to suit expressly or impliedly forbids the relief which is sought.

(<u>Pub. L. 89–554</u>, Sept. 6, 1966, <u>80 Stat. 392</u>; <u>Pub. L. 94–574</u>, § 1,  Oct. 21, 1976, <u>90 Stat. 2721</u>.)

---

**1agency action**   (2)"person", "rule", "order", "license", "sanction", "relief", and "agency action" have the meanings given them by <u>§ 551</u> of this title:

§551 (13) "<u>agency action</u>" includes the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or **denial** thereof, or **failure to act**; and

(14) "ex parte communication" means an oral or written communication not on the public record with respect to which reasonable prior notice to all parties is not given, but it shall not include requests for status reports on any matter or proceeding covered by this subchapter.

April 15 2019

To Internal Revenue Service

Please Send Proof Of Claim within 15 days to
Don Kramer SSN 130545018
7093 Autumn Hill Dr
West Bloomfield MI
48323

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **4490**
(Rev. 2-2005)

Docket Number

Kind of Proceeding

In the _____ Court
for the _____

**In the Matter of:** _____

**Taxpayer's Identifying Number:**

Social Security Number

Employer Identification Number

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
   See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month      Day      Year

Signature

Title | ID Number | Telephone Number

Address

Part 1 - For Court *(or Fiduciary, if required by local procedures)*       Form 4490 (Rev. 2-2005) Cat. No. 41704T

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form **4490**
(Rev. 2-2005)

Docket Number

In the _____ Court
for the _____

Kind of Proceeding

In the Matter of:

Taxpayer's Identifying Number:

Social Security Number

Employer Identification Number

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
   See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month _____ Day _____ Year _____

Signature

Title | ID Number | Telephone Number

Address

Part 2 - After acknowledgement by receiving officials, please return to the Internal Revenue Service

Form 4490 (Rev. 2-2005) Cat. No. 41704T

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **4490**
(Rev. 2-2005)

| Docket Number |
|---|
| |

| Kind of Proceeding |
|---|
| |

In the _____ Court
for the _____

**In the Matter of:** _____

**Taxpayer's Identifying Number:**

| Social Security Number |
|---|
| |

| Employer Identification Number |
|---|
| |

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month _____ Day _____ Year _____

| Signature |
|---|
| |

| Title | ID Number | Telephone Number |
|---|---|---|
| | | |

| Address |
|---|
| |

Part 3 - For fiduciary (or Court if Part 1 is sent to Fiduciary)                               Form 4490 (Rev. 2-2005) Cat. No. 41704T

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form **4490**
(Rev. 2-2005)

Docket Number

In the _____ Court
for the _____

Kind of Proceeding

**In the Matter of:**

**Taxpayer's Identifying Number:**

Social Security Number

Employer Identification Number

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
   See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month    Day    Year

Signature

Title    ID Number    Telephone Number

Address

Part 4 - For United States Attorney

Form 4490 (Rev. 2-2005) Cat. No. 41704T

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **4490**
(Rev. 2-2005)

Docket Number

Kind of Proceeding

In the _____ Court
for the _____

In the Matter of:

Taxpayer's Identifying Number:

Social Security Number

Employer Identification Number

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
   See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month _____ Day _____ Year _____

Signature

Title | ID Number | Telephone Number

Address

Part 5 - File Copy

Form 4490 (Rev. 2-2005) Cat. No. 41704T

Don Kramer
7093 Autumn Hill Dr
West Bloomfield, MI 48323

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
office of the clerk - room 8N09
400 NORTH MIAMI AVE
MIAMI, FL 33128-7716

7015 3010 0001 6040 5867

CERTIFIED MAIL



$1.05
US POSTAGE
FIRST-CLASS
071V01330108
48323
000518031

