United States District Court
for the
Southern District of Florida

United States of America, Plaintiff,    )
                                        )
v.                                      )
                                        )
                                        )   Civil Action No. 18-24492-Civ-Scola
Doron a/k/a Don Kramer as heir          )
and/or personal representative of       )
the Estate of Richard Kramer,           )
Defendant.                              )

## Judgment

The Court has granted default judgment. (Order, ECF No. 50.) The Court now enters judgment in favor of the Plaintiff and against Defendant Doron a/k/a Don Kramer, in his capacity as a potential heir and/or personal representative of the estate of the decedent, Richard Kramer, and/or a distributee of Richard Kramer's property, in the sum of **$1,010,322.68** for the civil penalties assessed against Richard Kramer under 31 U.S.C. § 5321(a)(5), including interest and failure to pay penalties under 31 U.S.C. § 3717, for the calendar years 2006, 2007 and 2008, that have accrued and continue to accrue, as provided by law, from August 27, 2019 until the judgment is paid. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on October 7, 2019.

_____
Robert N. Scola, Jr.
United States District Judge